UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    vs.<br><br>JOHNNY RAY THOMAS,<br><br>    Defendant. | CASE NOS.: CR96-313-SVW and CR07-433-SVW<br><br>JUDGMENT REVOKING SUPERVISED RELEASE AND COMMITMENT ORDER PURSUANT TO NINTH CIRCUIT MANDATE |

WHEREAS, on February 4, 2009, came the attorney for the government, Brent Butler and the defendant appeared in person with appointed counsel, Jill Ginstling. Pursuant to a mandate from the U.S. Court of Appeals for the Ninth Circuit, filed September 10, 2008 and received in this Court on November 25, 2008.

IT IS ADJUDGED, upon the findings of the Court, supervised release is revoked, vacated, and set aside. The defendant is committed to the custody of the Bureau of Prisons for a period of FIFTEEN (15) MONTHS on each case no. CR96-313-SVW and CR07-433-SVW, to be served concurrently to each other, but consecutively to the terms ordered in the Los Angeles Superior Court case, with no supervised release to follow. The imposed periods of imprisonment are above the applicable revocation ranges and are so imposed to afford adequate deterrence to criminal conduct and promote respect for the law. A sentence above the applicable revocation appears appropriate. The defendant's conduct represents a significant disregard for the conditions of supervision and

1 | seriously endangered the life of another.

2 |     IT IS ORDERED that the Clerk deliver a copy of this judgment modifying supervised release
3 | to the U.S. Marshal and the U.S. Probation Office, or other qualified officer.

5 | DATE: February 4, 2009

                                  STEPHEN V. WILSON
                                  UNITED STATES DISTRICT JUDGE

8 | DATE: February 4, 2009                     TERRY NAFISI, CLERK OF COURT

                               / s /
                     by
                          Paul M. Cruz, Deputy Clerk